UNITED STATES DISTRIC ı COURT
FOR THE DISTRICT OF COLUMBIA
\*
\*   *70*

**FILED**

NOV − 6 2008

**Clerk, U.S. District and
Bankruptcy Courts**

1.      JOHN CONNOLLY
(5609 Trotter Road
Clarksville MD 21029 \*
\* *703 856-6712*
Plaintiff, \*
\*
\*

vs.                                                                Civil Action No. _____
\*
\*

2.   ~~UNITED STATES GOVERNMENT~~

3.      Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Case: 1:08-cv-01927
Assigned To : Robertson, James
Assign. Date : 11/6/2008
Description: Civil Rights-Non-Employ.

*JURY ACTION*

4.      Mr. Robert S. Mueller, III Director FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

5.      Mr. W. Lee Rawls FBI  Senior Counsel to Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

6.      Ms. Valerie E. Caproni FBI  General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

7.      Ms. Candice M. Will, FBI Assistant Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

8.      Mr. William L. Hooton FBI Assistant Director
Records Management Division

1

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

9.      U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001

10.      Michael B. Mukasey – DOJ Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001

11.      H. Marshall Jarrett, DOJ Counsel
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001

12.      Ms. Janice Galli McLeod DOJ Associate Director (Attorney)
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530-0001

\*

13.      U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

\*

14.      Mr. Patrick E. McFarland Inspector General
U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

\*

15.      Mr. Kerry B. McTigue General Counsel
U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

\*

16.      Ms. Linda M. Springer OPM Director
U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

\*

17.      Ms. Kathy Dillaman Associate Director
U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

2

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*

18.     Ms. Becky Ronayne Attorney
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

19.     Ms. Janet Barnes Chief Information Officer
         U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

20.     Mr. Paul J. Carr. Jr Privacy Act Officer / FOIA Officer
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

        \*

21.     Ms. Kathie Ann Whipple Deputy General Counsel
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

22.     Mr. R. Alan Miller Products & Services (&Associate General Counsel)
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

23.     Ms. Tina B. McGuire Associate Director
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

24.     Ms. Margaret A. Miller PA/FOIA Officer
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

25.     Ms. Donna G. Lease Publishing Services &
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

26.     Ms. Kim Jackson Privacy Act Officer / FOIA Officer
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

27.     Ms. Kathy Baker Privacy Act / FOIA Officer

3

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

U.S. Office of Personnel Management
1900 E Street NW,
Washington, DC 20415-001

\*

\*

28.    Pension Benefit Guaranty Corporation
United States Government Agency
1200 K Street NW,
Washington DC 20005-4026

\*

29.    Robert L. Emmons, Inspector General
Pension Benefit Guaranty Corporation
United States Government Agency
1200 K Street NW,
Washington DC 20005-4026

\*

30.    Judith Starr is General Counsel.
Pension Benefit Guaranty Corporation
United States Government Agency
1200 K Street NW,
Washington DC 20005-4026

\*

31.    James Gerber
5108 Saratoga Ave
Bethesda, MD 20816-3040

\*

James Gerber / Chief Operating Officer (COO),
Pension Benefit Guaranty Corporation
Washington DC 20005-4026

\*

32.    Theodore J. Winter, Jr., Director & Treasurer
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

\*

33.    Walt Luiza  - Deputy Director , Director & Treasurer
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

\*

34.    Michele Pilpovich, Director Human Resources Department (HRD)
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

\*

35.    Patricia Davis, Director Facilities and Services Department (FASD)
Pension Benefit Guaranty Corporation

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

1200 K Street NW,
Washington DC 20005-4026

*

36.   Ruben G. Moreno Manager, Labor and Employee Relations Division
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

*

37.   Stephen Barber - Chief Management Officer (CAO)
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

*

38.   Henry Thompson, Director Budget Department (BD)
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

*

39.   Tash Ellis - Supervisory Accountant
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

*

40.   Tash Ellis - Supervisory Accountant
15201 Callaway Ct
Glenwood, MD 21738

*

41.   Parikh Jayprakash - Supervisory Systems Accountant
Pension Benefit Guaranty Corporation
1200 K Street NW,
Washington DC 20005-4026

*
*
*

42.   Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

43.   Mr. James Stansel – Acting General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

44.   Elizabeth Gianturco – Special Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

5

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*
\*

45.    Douglas Stoss – Counselor to the Administrator CMS
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

46.    Patricia Mantoan – OGC Procurement Technology
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

47.    Sheldon Bradshaw - Counselor to the Commissioner FDA
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

48.    Gerald F. Masoudi - Chief Counsel Food and Drug Administration (FDA).
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

49.    David Cade – Deputy General Council
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

50.    Barbara King
       Center For Medicare Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

51.    Pat Fitzgerald - Office for Civil Rights (OCR)
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

52.    Melinda Hill – HHS FOIA / PA PSC
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

53.    Fred Sadler    - HHS FDA Director FOIA PA OMP
       Department of Health and Human Services
       200 Independence Avenue, S.W.
       Washington, D.C. 20201
\*

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

54.     Walter D. Stone – HHS FOIA / PA CMS
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
55.     Michael Marquis - HHS FOIA / PA CMS
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
56.     Maggie Blackwell - HHS FOIA / PA CMS
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
57.     Christina Pearson Assistant Secretary for Public Affairs
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
58.     Daniel R. Levinson Inspector General,
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
59.     Michael O. Leavitt Secretary DHHS
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
60.     Centers For Medicare Services
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
61.     Food & Drug Administration
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
62.     Julie Louise Gerberding, M.D., - CDC Director --
        Department of Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
*
63.     Robert G. McSwain - IHS Acting Director
        Department of Health and Human Services

7

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

200 Independence Avenue, S.W.
Washington, D.C. 20201

*

64.    Andrew C. von Eschenbach, M.D FDA Commissioner
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

65.    Daniel R Meron
7501 Hackamore Dr
Potomac, MD 20854-3816

*

66.    Kerry Weems
Administrator
Center For Medicare Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

67.    John Gentile Director
Food & Drug Administration
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

68.    Centers For Disease  Control
200 Independence Avenue, S.W.
Washington, D.C. 20201

*

69.    Social Security Administration
Office of Public Inquiries
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235

*

70.    U.S. Department of Education
400 Maryland Avenue, SW, PCP 9143
Washington, DC 20202-4700

*

71.    Michelle Clark Chief FOIA Officer
U.S. Department of Education
400 Maryland Avenue, SW, PCP 9143
Washington, DC 20202-4700

*

72.    Lee Eiden Privacy Act Officer
U.S. Department of Education
400 Maryland Avenue, SW, PCP 9143

8

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Washington, DC 20202-4700

*

73.    J. Carolyn Adams Executive Officer - General Counsels Office
       U.S. Department of Education
       400 Maryland Avenue, SW, PCP 9143
       Washington, DC 20202-4700

*

74.    John P. Higgins, Jr. Inspector General,
       U.S. Department of Education
       400 Maryland Avenue, SW, PCP 9143
       Washington, DC 20202-4700

*

75.    IBM Corporation
       1 New Orchard Road
       Armonk, New York 10504-1722

*

76.    Samuel J. Palmisano - Chairman of the Board, President and Chief Executive
       IBM Corporation
       1 New Orchard Road
       Armonk, New York 10504-1722

*

77.    Mark Loughridge - Senior Vice President &
       Chief Financial Officer
       IBM Corporation
       1 New Orchard Road
       Armonk, New York 10504-1722

*

78.    Robert C. Weber  - Senior Vice President, Legal and
       Regulatory Affairs, and General Counsel
       IBM Corporation
       1 New Orchard Road
       Armonk, New York 10504-1722

*

79.    Department of Energy
       U.S. Department of Energy
       1000 Independence Ave., SW
       Washington, DC 20585

*

80.    U.S. Department of Labor
       Frances Perkins Building
       200 Constitution Avenue, NW
       Washington, DC 20210

*

81.    Defense Security Services
       Privacy Act Branch
       938 Elkridge Landing Road
       Linthicum, MD 21090

9

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*

82.     Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

83.     Mr. Daniel J. Dell'orto Acting General Counsel
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

84.     Mr. E. Scott Castle Deputy General Counsel (Acting)
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

85.     David Fisher
        Business Transformation Agency
        1851 South Bell Street.
        Arlington VA  22202

\*

86.     Robert F. Hoyt General Counsel
        Department of the Treasury
        1500 Pennsylvania Avenue, NW
        Washington, D.C. 20220)

\*

87.     John N. Maher General Counsel
        U.S. Office of Personnel Management
        1900 E Street NW,
        Washington, DC 20415-001

\*

88.     Mr. Les Blake Privacy Act Officer/FOIA Officer
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

89.     Mr. Jim Hogan FOIA Liaison Officer
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

90.     Mrs. Robin M.Berger Privacy Act Officer/FOIA Office
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

\*

91.     Business Transformation Agency (BTA – DOD Support Agency)
        Department of Defense

10

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

1000 Defense Pentagon
Washington, DC 20301-1000

*

92.        Northrop Grumman Corporation
Corporate Government Relations
1000 Wilson Boulevard
Arlington, Virginia 22209-2278

*

93.        Ronald D. Sugar Chairman and CEO
Northrop Grumman Corporation
Corporate Government Relations
1000 Wilson Boulevard
Arlington, Virginia 22209-2278

*

94.        W. Burks Terry General Counsel,
Northrop Grumman Corporation
Corporate Government Relations
1000 Wilson Boulevard
Arlington, Virginia 22209-2278

*

95.        Smithsonian Institution
SI Building, Room 153
MRC 010, P.O. Box 37012
Washington, D.C. 20013-7012

*

96.        G. Wayne Clough, Secretary of the Smithsonian
Smithsonian Institution
SI Building, Room 153
MRC 010, P.O. Box 37012
Washington, D.C. 20013-7012

*

97.        Marsha S. Shaines, Acting General Counsel
Smithsonian Institution
SI Building, Room 153
MRC 010, P.O. Box 37012
Washington, D.C. 20013-7012

*

98.        Deloitte Touche Tohmatsu
Global Office
1633 Broadway
New York, New York 10019-6754

*

99.        Deloitte Consulting
Washington, D.C.
555 12th St. N.W.
Suite 500
Washington, DC 20004-1207

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*

100.      Jim Quigley, Global CEO
Washington, D.C.
555 12th St. N.W.
Suite 500
Washington, DC 20004-1207

\*

101.      David Sorgen General Counsel
Washington, D.C.
555 12th St. N.W.
Suite 500
Washington, DC 20004-1207

\*

102.      Richard H. Murray General Counsel
Washington, D.C.
555 12th St. N.W.
Suite 500
Washington, DC 20004-1207

\*

103.      BAE SYSTEMS North America,
1300 North 17th Street, Suite 1400
Arlington, Virginia 22209

\*

104.      WALTER P. HAVENSTEIN  President and CEO
BAE SYSTEMS North America,
1300 North 17th Street, Suite 1400
Arlington, Virginia 22209

\*

105.      Phillip Bramwell, Group General Counsel
BAE SYSTEMS North America,
1300 North 17th Street, Suite 1400
Arlington, Virginia 22209

\*

106.      Ms. Sheila C. Cheston  General Counsel & Secretary
BAE SYSTEMS North America,
1300 North 17th Street, Suite 1400
Arlington, Virginia 22209

\*

107.      Computer Sciences Corporation (CSC)
3170 Fairview Park Drive
Falls Church, VA 22042

\*

108.      Michael W. Laphen Chairman, President and CEO
Computer Sciences Corporation (CSC)
3170 Fairview Park Drive
Falls Church, VA 22042

\*

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

109.    AT&T's /Bell South
        Whitacre Tower
        175 E. Houston,
        San Antonio, Texas 78205.
*
110.    Randall L. Stephenson Chairman and CEO
        AT&T's /Bell South
        Chairman and CEO
        Whitacre Tower
        175 E. Houston,
        San Antonio, Texas 78205.
*
111.    U.S. Department of Transportation
        1200 New Jersey Avenue S.E.
        Washington D.C. 20590
*
112.    Cathy Ray - FOIA / Privacy Act Officer
        U.S. Department of Transportation
        1200 New Jersey Avenue S.E.
        Washington D.C. 20590
*
113.    Rosalind A. Knapp - Deputy General Counsel,
        U.S. Department of Transportation
        1200 New Jersey Avenue S.E.
        Washington D.C. 20590
*
114.    D.J. Gribbin - General Counsel
        U.S. Department of Transportation
        1200 New Jersey Avenue S.E.
        Washington D.C. 20590
*
*
115.    Oracle Corporation
        1090 Vermont Ave North West
        Washington D.C.  20005
*
116.    Larry Ellison CEO
        Oracle Corporation
        500 Oracle Parkway
        Redwood City, California 94065
*
117.    Dorian Daley General Council
        Oracle Corporation
        500 Oracle Parkway
        Redwood City, California 94065
*
118.    Unisys Corporation

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

UNISYS WAY
BLUE BELL, PA 19424-0001

\*

119.     Edward Coleman CEO
         Unisys Corporation
         UNISYS WAY
         BLUE BELL, PA 19424-0001

\*

120.     Joseph W. McGrath President
         Unisys Corporation
         UNISYS WAY
         BLUE BELL, PA 19424-0001

\*

121.     Nancy Straus Sundheim , General Counsel
         Unisys Corporation
         UNISYS WAY
         BLUE BELL, PA 19424-0001

\*

122.     Greg Baroni Senior Vice President
         Unisys Corporation
         UNISYS WAY
         BLUE BELL, PA 19424-0001

\*

123.     John O'Neill Partner,
         Government Transformation Center
         Unisys Corporation
         UNISYS WAY
         BLUE BELL, PA 19424-0001

\*
\*

124.     Transportation Security Administration
         601 South 12th Street,
         Arlington, VA 22202

\*

125.     Department Homeland Security
         Washington, DC 20528

\*

126.     Mr. Michael Chertoff Secretary Homeland Security
         Department Homeland Security
         Washington, DC 20528

\*

127.     Mr. Kip Hawley, TSA Administrator Transportation Security Administration
         Department Homeland Security
         Washington, DC 20528

\*

128.     Mr. Gus P. Coldebella DHS - General Counsel (acting),
         Department Homeland Security

14

<u>Officers Of The Court</u> –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Washington, DC 20528

*

129.     Mr. Perry General Counsel
         Department Homeland Security
         Washington, DC 20528

*

130.     Mr. Francine Kerner TSA General Counsel
         Department Homeland Security
         Washington, DC 20528

*

131.     Mr. Hugo Teufel III Chief Privacy Officer
         Department Homeland Security
         Washington, DC 20528

*

132.     U.S. General Services Administration
         1800 F St NW
         Washington, DC   20405-0000

*

133.     Sharon Lighton FOIA / Privacy Act Officer
         U.S. General Services Administration
         1800 F St NW
         Washington, DC   20405-0000

134.     Mr. Lennard Loewentritt  Acting General Counsel
         U.S. General Services Administration
         1800 F St NW
         Washington, DC   20405-0000

*

135.     Brian D. Miller Inspector General
         U.S. General Services Administration
         1800 F St NW
         Washington, DC   20405-0000

*

136.     U.S. Government Printing Office
         732 North Capitol St. NW
         Washington, DC 20401

*

137.     William H. Turri COO Privacy Act / FOIA Officer
         U.S. Government Printing Office
         732 North Capitol St. NW
         Washington, DC 20401

*
*

138.     Federal Deposit Insurance Corporation (FDIC)
         550 17th St., NW,
         Washington, DC  20429

*

15

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

139.   Richard W. Hartt C/O
       FDIC Federal Deposit Insurance Corporation
       Virginia Square, L. William Seidman Center –
       3501 Fairfax Drive, Arlington, VA  22226
*
140.   Sheila C. Bair Chairman
       Federal Deposit Insurance Corporation (FDIC)
       550 17th St., NW,
       Washington, DC  20429
*
141.   Sara A. Kelsey General Counsel
       Federal Deposit Insurance Corporation (FDIC)
       550 17th St., NW,
       Washington, DC  20429
*
142.   Chevy Chase Bank
       7501 Wisconsin Avenue
       Bethesda, MD 20814
*
143.   B. Francis Saul II CEO & Chairman of the Board
       Chevy Chase Bank
       7501 Wisconsin Avenue
       Bethesda, MD 20814
*
144.   Thomas H. McCormick General Counsel
       Chevy Chase Bank
       7501 Wisconsin Avenue
       Bethesda, MD 20814
*
*
145.   Bank of America
       100 North Tryon Street
       Charlotte, North Carolina
*
146.   Kenneth D. Lewis CEO & Chairman of the Board,
       Bank of America
       100 North Tryon Street
       Charlotte, North Carolina
*
147.   Timothy J. Mayopoulos General Counsel
       Bank of America
       100 North Tryon Street
       Charlotte, North Carolina
*
*
148.   Citigroup Inc
       399 Park Avenue

16

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

New York, NY 10043

*

149.      Winfried Franz Wilhelm Bischoff Chairman of the Board
          Citigroup Inc
          399 Park Avenue
          New York, NY 10043

*

150.      Michael S. Helfer General Counsel
          Citigroup Inc
          399 Park Avenue
          New York, NY 10043

*

151.      Kevin M. Kessinger CTO & COO
          Citigroup Inc
          399 Park Avenue
          New York, NY 10043

*
*

152.      City of Chicago
          Mayor Richard Daley
          121 N. LA SALLE STREET
          ROOM 507
          CHICAGO, IL60602

*

153.      State of Illinois
          Governor Rod R. Blagojevich's
          Illinois Executive Mansion
          410 East Jackson
          Springfield, Illinois 62701

*
*

154.      State of Virginia
          Governor Timothy M. Kaine
          Office of the Governor
          Patrick Henry Building, 3rd Floor
          1111 East Broad Street
          Richmond, Virginia 23219

*

155.      State of New York
          Governor David A. Paterson
          State Capitol
          Albany, NY 12224

*
*

156.      Bristol Myers Squbb
          345 Park Avenue
          New York, New York, USA 10154-0037

17

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*

157.     James M. Cornelius CEO
         Bristol Myers Squbb
         345 Park Avenue
         New York, New York, USA 10154-0037

\*

158.     Jean-Marc Huet CFO
         Bristol Myers Squbb
         345 Park Avenue
         New York, New York, USA 10154-0037

\*

159.     Sandra Leung General Counsel
         Bristol Myers Squbb
         345 Park Avenue
         New York, New York, USA 10154-0037

\*
\*

160.     Science Applications International Corporation (SAIC)
         10260 Campus Point Drive
         San Diego Ca 92121 – 1578

\*

161.     Ken Dahlberg Chairman and Chief Executive Officer
         Science Applications International Corporation (SAIC)
         10260 Campus Point Drive
         San Diego Ca 92121 – 1578

\*

162.     Douglas E. Scott General Counsel
         Science Applications International Corporation (SAIC)
         10260 Campus Point Drive
         San Diego Ca 92121 – 1578

\*

163.     L-3 Communications Corporation Headquarters
         600 Third Avenue
         New York, NY 10016

\*

164.     Michael T. Strianese, president and CEO
         L-3 Communications Corporation Headquarters
         600 Third Avenue
         New York, NY 10016

\*

165.     Lockheed Martin Corp.
         6801 Rockledge Drive
         Bethesda, MD 20817

\*

166.     Robert Stevens, president, CEO, chairman
         Lockheed Martin Corp.
         6801 Rockledge Drive

18

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Bethesda, MD 20817

\*

167.  Raytheon Company
      870 Winter Street
      Waltham, MA 02451

\*

168.  William H. Swanson CEO
      Raytheon Company
      870 Winter Street
      Waltham, MA 02451

\*

169.  Jay B. Stephens General Counsel and Secretary
      Raytheon Company
      870 Winter Street
      Waltham, MA 02451

\*
\*

170.  RESOURCES CONNECTION, INC
      17101 Armstrong Avenue,
      Irvine, California 92614

\*

171.  Thomas D. Christopoul CEO
      RESOURCES CONNECTION, INC
      17101 Armstrong Avenue,
      Irvine, California 92614

\*

172.  Don Murray, Executive Chairman\*\*
      RESOURCES CONNECTION, INC
      17101 Armstrong Avenue,
      Irvine, California 92614

\*

173.  Kate Duchene Chief Legal Officer & Human Resources VP
      RESOURCES CONNECTION, INC
      17101 Armstrong Avenue,
      Irvine, California 92614

\*

174.  Pre –Employ.Com / My Background Check
      P.O. Box 491570
      Redding CA 96049

\*

175.  Mark Paraguay
      USIS Corporation
      Suite 1100 North
      Falls Church, VA 22043 - 2413

\*

176.  Acxiom Corporation
      P.O. Box 2000

19

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Conway, Arkansas 72033-9928

\*

177.    Charles D. Morgan
        Executive Officer
        Acxiom Corporation
        P.O. Box 2000
        Conway, Arkansas 72033-9928

\*
\*

178.    ChoicePoint
        P.O. Box 105292
        Atlanta, GA 30348

\*

179.    Derek V. Smith Chairman & Chief Executive Officer
        ChoicePoint
        P.O. Box 105292
        Atlanta, GA 30348

\*

180.    Douglas C. Curling President and Chief Operating Officer
        ChoicePoint
        P.O. Box 105292
        Atlanta, GA 30348

\*

181.    Carol DiBattiste General Counsel & Chief Privacy Officer.
        ChoicePoint
        P.O. Box 105292
        Atlanta, GA 30348

\*

182.    Employment Background Investigations Inc
        P.O. Box 629
        Owings Mills, MD 21117

\*

183.    Rick Kurland, President
        Employment Background Investigations Inc
        P.O. Box 629
        Owings Mills, MD 21117

184.    Karyn Dillon
        Employment Background Investigations Inc
        P.O. Box 629
        Owings Mills, MD 21117

185.    First Advantage
        100 Carillon Parkway
        St. Petersburg, FL 33716

\*

186.    John Long Chief Executive Officer and Director

20

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

First Advantage
100 Carillon Parkway
St. Petersburg, FL 33716

\*

\*

187. Anand Nallathambi President
First Advantage
100 Carillon Parkway
St. Petersburg, FL 33716

\*

188. Julie Waters General Counsel and Vice President
First Advantage
100 Carillon Parkway
St. Petersburg, FL 33716

\*

\*

189. GENERAL INFORMATION SERVICES, INC. (GIS)
917 Chapin Road
Post Office Box 353
Chapin SC 29036

\*

\*

190. Raymond W. Conrad Chief Executive Officer
GENERAL INFORMATION SERVICES, INC. (GIS)
917 Chapin Road
Post Office Box 353
Chapin SC 29036

191. HireRight Corporation
5151 California Avenue
Irvine, CA 92617

\*

192. Eric Boden President and Chief Executive Officer
HireRight Corporation
5151 California Avenue
Irvine, CA 92617

\*

193. Lisa Gallagher Vice President, Operations
HireRight Corporation
5151 California Avenue
Irvine, CA 92617

\*

194. Beth Axelrod – Global compliance Manager
HireRight Corporation
5151 California Avenue
Irvine, CA 92617

\*

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

\*

195.     IntelliCorp Records, Inc.
         3000 Auburn Drive, Suite 410
         Beachwood, OH 44122
\*

196.     William F. Hauswirth, I President.
         IntelliCorp Records, Inc.
         3000 Auburn Drive, Suite 410
         Beachwood, OH 44122
\*
\*

197.     ISO
         545 Washington Boulevard
         Jersey City, NJ 07310-1686
\*

198.     Frank Coyne, Chairman, President & Chief Executive Officer
         ISO
         545 Washington Boulevard
         Jersey City, NJ 07310-1686
\*

199.     John Halvorsen Senior Council
         ISO
         545 Washington Boulevard
         Jersey City, NJ 07310-1686
\*
\*

200.     KROLL BACKGROUND AMERICA, INC.
         Kroll Factual Data
         900 Third Avenue 8th Floor
         New York, New York 10022
\*

201.     Simon Freakley Chief Executive Officer
         KROLL BACKGROUND AMERICA, INC.
         900 Third Avenue 8th Floor
         New York, New York 10022
\*

202.     Stephanie Floyd Paralegal.
         KROLL BACKGROUND AMERICA, INC.
         900 Third Avenue 8th Floor
         New York, New York 10022
\*

203.     Tony Brierley Executive Vice President and Chief Operating Officer
         KROLL BACKGROUND AMERICA, INC.
         900 Third Avenue 8th Floor
         New York, New York 10022
\*

204.     Sabrina Perel Executive Vice President and General Counsel

22

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

KROLL BACKGROU.. D AMERICA, INC.
900 Third Avenue 8th Floor
New York, New York 10022

*
*

205.     Robert Mather, chief executive officer
         Pre-Employ.com & MyBackground Check
         PO Box 491570
         Redding, CA 96049

*

206.     Sterling Testing Systems, Inc.
         249 West 17th Street Floor 6
         New York, NY 10011

*

207.     Bill Greenblatt Chief Executive Officer
         Sterling Testing Systems, Inc.
         249 West 17th Street Floor 6
         New York, NY 10011

*

208.     Mr. Rotondo Special Projects
         Sterling Testing Systems, Inc.
         249 West 17th Street Floor 6
         New York, NY 10011

*

209.     Stacie Grueser Special Porjects
         Sterling Testing Systems, Inc.
         249 West 17th Street Floor 6
         New York, NY 10011

*
*

210.     TALX CORPORATION
         11432 Lackland
         St. Louis, MO 63146

*

211.     Mr. Canfield President and Chief Executive Officer
         TALX CORPORATION
         11432 Lackland
         St. Louis, MO 63146

*

212.     Mr. Keith Graves SVP & Chief Financial Officer
         TALX CORPORATION
         11432 Lackland
         St. Louis, MO 63146

*
*

213.     USIS Corporation
         7799 Leesburg Pike,

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Suite 1100 North
Falls Church, VA 22043-2413

\*

214.    Mr. Randy E. Dobbs Chief Executive Officer
USIS Corporation
7799 Leesburg Pike,
Suite 1100 North
Falls Church, VA 22043-2413

\*

215.    William J. Cull Chief Legal Officer
USIS Corporation
7799 Leesburg Pike,
Suite 1100 North
Falls Church, VA 22043-2413

\*
\*

216.    Verifications, Inc.
6900 Wedgwood Road N.
Suite 120
Minneapolis, MN 55311

\*

217.    Curt Marks Chief Executive Officer and President
Verifications, Inc.
6900 Wedgwood Road N.
Suite 120
Minneapolis, MN 55311

\*

218.    Terry Bartz Chief Operating Officer
Verifications, Inc.
6900 Wedgwood Road N.
Suite 120
Minneapolis, MN 55311

\*

219.    Mary Poquette Chief Compliance Officer.
Verifications, Inc.
6900 Wedgwood Road N.
Suite 120
Minneapolis, MN 55311

\*
\*

220.    Bearingpoint Inc
1676 International Drive
McLean, VA 22102

\*

221.    Ed Harbach
Chief Executive Officer
Bearingpoint Inc

24

**Officers Of The Court** – Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

1676 International Drive
McLean, VA 22102

*

222.     Stephen Niman – OSD Lead
         Bearingpoint Inc
         1676 International Drive
         McLean, VA 22102

*

223.     Laurent C. Lutz
         Chief Legal Officer and Secretary
         Bearingpoint Inc
         1676 International Drive
         McLean, VA 22102

*

224.     11th Hour Search LLC
         BrickStone Search LLC
         Stephen Niman
         1707 Columbia Road NW Suite 510
         Washington, DC 20009

*

225.     Don Gravlin
         Managing Director, CTO, Health Payer Practice
         Bearing Point Inc
         1676 International Drive
         McLean, VA 22102

226.     U.S. Solicitor General
. *      950 Pennsylvania Ave NW
         Washington DC  20530

227.     US Attorney
         Jeffrey A. Taylor
         555 4th street N.W. ,
         Suite 3266
         Washington, D.C. 20530 -0001

25

<u>**Officers Of The Court**</u> –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
<u>**Plaintiff Prays the Court Provide All Aid & Assistance Possible**</u>

# COMPLAINT

Plaintiff John Connolly, brings this action against defendant government agencies, public and private corporations and companies and individuals serving in credentialed Public Trust Positions, "under color of law", including "Officers of the Court", attorneys, functioning from the offices of General Councils for government agencies, Inspector Generals and attorneys representing public and private corporations, who conducted and/or participated, in deliberate violation of law, in secret adjudications adversely impacting plaintiff, based on incorrect, misleading, false and fraudulent information with intent to harm. Actions are taken against aforementioned defendants pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, the Administrative Procedure Act, 5 U.S.C. § 701 the Privacy Act, 5 U.S.C. § 552a, Federal Acquisition Regulations, Anti-Deficiency Act, the All Writs Act, 28 U.S.C. § 1651, the Code of Federal Regulations, and internal regulations of FBI, OPM, OMB, DOJ, DOD, DSS, Commerce, GSA, FDIC, HHS, DHS, TSA, DOT, Civil Rights Act of 1871, 42 U.S.C. §§ 1983, 1985,1988, 1994, and Racketeer Influenced and Corrupt Organization Act Title 18 U.S.C. S1962(d) (CONSPIRACY CLAIM) CIVIL REMEDIES TITLE 18 U.S.C. 1964(c)      .

This complaint is being filed without the benefit of council due to necessity, not choice. The complaint involves serious violations of law, committed and continuing to be committed by individuals serving in credentialed Public Trust Positions, including "Officers of the Court", attorneys, functioning from the offices of General Councils for government agencies, Inspector Generals and attorneys representing public and private corporations.

The underlying actions arise due to catastrophic damages resulting from deliberate and willful breach of law, including violations of criminal statutes, with the purpose of causing harm to John Connolly in violations of his constitutional and civil rights, and other rights to which he is fully entitled under the United States Constitution and other laws of the United States.

With the purpose of protecting corruption initiatives and other illegal programs, defendants participated, with knowledge and consent, in varied activities involving the obtaining, storage, management, use, facilitation, communication, concealment and dissemination of adverse, false, misleading, inaccurate and fraudulent information about plaintiff, which included falsification of government records, and perjured government statements and reports to the deliberate detriment of plaintiff. The adverse information was presented in forums where adjectives describing, processes, procedures, roles and responsibilities would be clearly associative with trials identified as secret adjudications, or "Tribunals". Plaintiff John Connolly was not permitted any knowledge of adjudications and was tried in absentia, by government agencies and/or government "business partners representing public and private corporations and companies. Although John Connolly had no representation, the government, public and private corporations and companies were represented by attorneys, "OFFICERS OF THE COURT", and other individuals in credentialed Public Trust Positions who took harmful and adverse actions against plaintiff, in deliberate and willful violation of law, with intent to harm and injure John Connolly.

Defendants concealed adverse information and adverse actions from John Connolly. John Connolly was not invited to participate in or be informed of secret adjudications. John Connolly was a defendant in absentia, without representation or knowledge, at secret adjudications, held by government agencies and/or government "business partners representing public and private corporations and companies. Although John Connolly had no representation, the government, public and private corporations and companies were represented by attorneys, "OFFICERS OF THE COURT", functioning from agencies Office Of The General Counsel and the

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Office Of The Inspector General, and ⌐ .eir counterparts in public and private corporations and private companies.

The frauds John Connolly declined to participate in, focused on Business Process Re-Engineering and Re-Organization efforts in conjunction with building, maintaining and supporting fraudulent IT infrastructures. Over time these frauds would amount to billions of dollars.

The defendant public and private corporations and companies and individuals worked in collusion and in violation of constitutional, civil rights laws, rules and regulations with federal, state and local authorities in executing these secret sentences, and verdicts of the secret adjudications over a period approximating fifteen to twenty years.

Secret Adjudications conducted by the defendants involved evidence and records which were obtained and evaluated, charges were made, testimony was obtained and/or reviewed, written and/or verbal, supplemental and "classified" guidelines were referenced, which were supported by "classified" legal opinions and/or advisories that have no basis in law. Appeals were made or were declined to be made, on behalf of John Connolly by the defendant entities involved, including; government agencies, public and private corporations, private companies and individuals. Verdicts were reached and sentence were determined by defendant entities and individuals involved. The logistics and processes in how and when to best impose and execute the sentences were then worked out and/or agreed on by defendant government agencies, public and private corporations, private companies and individuals. John Connolly was never informed.

John Connolly was not permitted to have any knowledge of events, proceedings or actions and had no knowledge of events, proceedings or actions. When secret tribunal sentences dictated transfers to different contracts or projects John Connolly was not even aware an adverse action had taken place. When sentences of the secret adjudications involved a direct and/or constructive termination, John Connolly's lack of knowledge was the result of illegal fraudulent acts, misrepresentation of facts, falsification of documents, including falsification of government records and violation of numerous constitutional and civil rights, laws, rules, statutes and regulations, federal and state laws and included violations of criminal statutes. John Connolly's lack of knowledge and suspect is testimony and credit to government's secret and illegal initiatives in developing and maintaining responsive, elaborate and comprehensive supporting infrastructures of business processes and system architectures, with illegally appropriated government funds designed to perpetuate, enforce and provide concealment of the deprivation and violations of John Connolly's United States Constitutional and Civil rights to which he is fully entitled under the law.

## JURISDICTION

228.      This Court has jurisdiction over this action pursuant to
Privacy Act **5 U.S.C. § 552a**, Fair Credit Reporting Act, 15 U.S.C. § 618, 619, 616, -  2004 WL 243404 (4th Cir. Va.).6 PL 108-159 (Dec. 4, 2004). 81 702 and 28 U.S.C. § 1331. United States Constitution /Fair Accurate Credit Transactions Act, Freedom of Information Act / Torture / Civil Rights Act / Sarbanes Oxley Act / RICO Act / Laws and Constitutions of the State of  New York /Laws and Constitution of the State of Virginia / Laws and Constitution of the State of Illinois /Laws and Constitution of the District of Columbia This Court also has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal 1476.question) and the Civil Rights Act of 1871, 42 U.S.C. §§ 1983, 1985,1988, 1994.

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

## VENUE

229.     Venue is appropriate in the District under 5 U.S.C. § 552 a,(g)(5) in whole and additional aggravating circumstances in **552a(g)(1)(2)(3)(4)&(5).** Fair Credit Reporting Act 15 U.S.C.,§ 618, 616, and other sections 03 and 28 U.S.C. § 1391. Also pursuant to 28 U.S.C. § 1331 (federal 1476.question) and the Civil Rights Act of 1871, 42 U.S.C. §§ 1983, 1985 and 1988. **Section 1962.", Title 18 U.S.C. S1964(c) and other sections. Title 18 U.S.C.A. §§ 1341 & 1343.**

# PARTIES & FACTS

230.     Plaintiff John Connolly was formerly affiliated with the PBGC Corporation as an employee. His full name and past services are provided to Solicitor General and other defendants as determined by the court.

231.     Defendant PBGC is an agency, "PBGC is a federal corporation created under the Employee Retirement Income Security Act of 1974. " as defined by 5 U.S.C. § 552a(a)(1), 701.

232.     The **Federal Bureau of Investigation (FBI)** is an agency within the Department of Justice. The director of the FBI is Mr. Robert S. Mueller, III, who was appointed by President Bush and confirmed by the U.S. Senate in September 2001. The FBI mission is to protect and defend the United States against terrorist and foreign intelligence threats, to uphold and enforce the criminal laws of the United States, and to provide leadership and criminal justice services to federal, state, municipal, and international agencies and partners. The Bureau has a total of 31,244 employees and their 2007 budget was $6.04 billion. **John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his relationship with all defendants who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant, including but not limited to being a volunteer, employee, contractor, sub-contractor or job applicant, defendant had no right to harm John Connolly, in the manor it did, in violation of law. Federal Bureau of Investigation in conjunction with other government agencies and their "business partners" in the public and private corporations has set up a pattern and practice of business processes designed to deprive individuals, in this case John Connolly of his constitutional and civil rights. The FBI will assert that they are merely a repository of information and that they supply that information to third parties. Plaintiff asserts that the Defendant FBI has both directly, by policy, protocols, guidelines, training, "approved" training guidelines established, protected and maintain business support infrastructures and system architectures that deliberately deny individuals their constitutional and civil rights. These illegal actions have also migrated into the development, production and deployment of secret (inaccessible) records being maintained on all individuals by government "business partners" in public and private corporations.**

233.     The **U.S. Department of Justice (DOJ) is an agency or cabinet level department of the United States Government. Michael B. Mukasey has been the Attorney General of DOJ since November of 2007.** Alberto Gonzales was the previous Attorney General of DOJ through August 28, 2007. DOJ mission for the United States is to enforce the law and defend the interests of the United States according to the law; to ensure public safety against threats foreign and domestic; to provide federal leadership in preventing and controlling crime; to seek just punishment for those guilty of unlawful behavior; and to ensure fair and impartial administration of justice for all Americans. John

28

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant, including but not limited to being a volunteer, employee, contractor, sub-contractor or job applicant, defendant had no right to harm John Connolly, in the manor it did, in violation of law.

234.     **The U.S. Office of Personnel Management (OPM)** is an executive service agency that manages most of the United States Federal workforce and manages the government's human resources requirements and human resources management systems, and functions, which also includes millions of individuals working under varied contracting vehicles for federal agencies. OPM's business processes, systems, functions, policies and procedures, also directly impacts tens of millions of individuals, who are not "employed", either directly or indirectly by the federal government. OPM mission is to build and maintain a high quality and diverse Federal workforce, based on merit system principles. OPM's provides human capital leadership and services for all government agencies. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant, including but not limited to being a volunteer, employee, contractor, sub-contractor or job applicant, defendant had no right to harm John Connolly, in the manor it did, in violation of law.

235.     **The U.S. Office of Management & Budget** supervises the administration in Executive Branch agencies. OMB ensures that agency reports, rules, testimony, and proposed legislation are consistent with the President's Budget and with Administration policies. OMB oversees and coordinates the Administration's procurement, financial management, information, and regulatory policies. In each of these areas, OMB's role is to help improve administrative management and to reduce any unnecessary burdens on the public. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences as a result of his relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant, including but not limited to being a volunteer, employee, contractor, sub-contractor or job applicant, defendant had no right to harm John Connolly, in the manor it did, in violation of law.

236.     **Defendant Department of Health and Human Services (HHS)** is the United States government's principal agency for protecting the health of all Americans, especially for those who are least able to help themselves. HHS works closely with state and local governments and many HHS-funded services are provided at the local level by state or county agencies, or through private sector grantees. The Department's programs are administered by 11 operating divisions (Opdivs). HHS Budget, FY 2008 was $707.7 billion - HHS employees – 64,750. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

237.     **Centers for Medicare & Medicaid Services (CMS)** is a government agency that administers Medicare and Medicaid programs, which provides health insurance for more than 44.6 million elderly and disabled Americans. Medicaid, a joint federal-state program, provides health coverage for some 50

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

million low-income persons, including 24 million children, employs 4,477. The Acting Administrator is Kerry N. Weems and CMS FY 2008 Budget -- $606.9 billion. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

238.     **Defendant Program Support Center (PSC)** is an agency or "Operations" support center which supports a large number of agencies or operational divisions (Opdivs) within the Department of Health and Human Services (DHHS). John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

239.     **Defendant Indian Health Service (IHS),** is a health care organization working within the Department of Health and Human Services. IHS works with tribes; IHS provides health services to 1.8 million American Indians and Alaska Natives of more than 560 federally recognized tribes. M.P.A. FY 2008 Budget -- $4.3 billion. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as a employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

240.     **Defendant Food and Drug Administration (FDA)**, is an agency within HHS, assures the safety of foods and cosmetics, and the safety and efficacy of pharmaceuticals, biological products, and medical devices. FY 2008 Budget was $2.3 billion. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

241.     **Defendant Centers for Disease Control and Prevention (CDC)** is an agency within DHHS works with states and other partners to provides a system of health surveillance to monitor and prevent disease outbreaks (including bioterrorism), implement disease prevention strategies, and maintain national health statistics FY 2008 Budget -- $6.5 billion. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

242.     **The Social Security Administration** is a government agency with the mission to advance the economic security of the nation's people through compassionate and vigilant leadership in shaping and managing America's Social Security programs.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

243.     **Defendant the Social Security Administration (SSA)** denied John Connolly's application for employment/license on almost a half dozen different occasions in the period from February through August 2002, and December 2003 through September 2006 as a federal employee and has a government contractor.   The denial of employment/license was based on false and fraudulent adverse information and/or secret adjudications, in which John Connolly was denied due process.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

244.     **Department of Education (DOE'd) is a government agency** created in 1980 whose mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence, prohibiting discrimination and ensuring equal access to education.  **DOE'd employees** 4,200 and had a FY 2007 budget of $68.6 billion dollars.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

245.     **Defendant International Business Machines Corporation (IBM)** is a large global product and services organization headquartered in Armonk, New York.  IBM has almost 400,000 employees and revenues of $99 billion dollars for the year 2007.  IBM is also a large government contractor.  IBM has one of the biggest security consulting practices in the market, with a robust partner ecosystem and a solid customer base across all global regions.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

246.     **The Department of Energy is** a government agency charged with the mission to advance the national, economic, and energy security policy of the United States and to ensure the environmental cleanup of the national nuclear weapons complexes.  Dept of Energy protects our national and economic security by promoting a diverse supply and delivery of reliable, affordable, and environmentally sound energy.  John Connolly had been the subject of investigations and secret adjudications with adverse and

31

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

247.    The **Department of Labor** is a government agency that fosters and promotes the welfare of the job seekers, administers a variety of Fair Federal labor laws including those that guarantee workers' rights to safe and healthful working conditions; and freedom from employment discrimination. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

248.    **The Defense Security Service (DSS)** is an agency within the Department of Defense (DoD). DSS supports national security secures the nation's technological base, and oversees the protection of US and foreign classified information in the hands of industry. DSS accomplish this mission by clearing industrial facilities, accrediting information systems, facilitating the personnel security clearance process and delivers security education and training. DSS is the premier provider of personnel and industrial security services in the Department of Defense. In the years approximating 2005 and 2006, most of DSS's mission, assets, resources and roles were transferred and transitioned to the Office of Personal Management. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

249.    **Department of Defense** is a government agency or cabinet level department of the United States Government. The department of defense supports war fighting capabilities and is the chief agency responsible for defending the United States. **Defense Security Service** agency within DOD was the primary agency responsible for facilitating investigations and running security and background checks on individuals and contractors working on DOD initiatives. DOD HR role for security, investigations and background checks was transitioned to OPM in 2005/2006 timeframe. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

250.    **Business Transformation Agency – (DOD Support Agency)** BTA oversees and assists DOD agencies with Business Transformation in the form of change management / Business Process Analysis & Information Technology Management Implementations. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

"employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant and their associates, as employee, contractor, sub-contractor, job applicant or even a volunteer, escaped felon, convicted terrorist, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

251.    **Defendant Deloitte Consulting** is a large global professional services organization with approximately 150,000 employees worldwide. Deloitte delivers services in four professional areas audit, tax, consulting, and financial advisory services—and serves more than 80 percent of the world's largest companies. Deloitte has the largest pool of security consultants in the market, and its global reach includes engagements in more than 100 countries. Security, privacy, and information risk management services within the company are integrated into a single enterprise framework. Deloitte Consulting including but not limited to their Corporate Governance Services group hold themselves experts in assisting their clients in navigating, understanding and implementing legal governance requirements, and are particularly experts in Sarbanes Oxley compliance initiatives. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

252.    RESOURCES CONNECTION, INC Is a consulting firm with more than 85 offices and focuses in fields including finance and accounting, human capital, information management, internal audit, legal and supply chain. John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law. John Connolly was denied a contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act. John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights. Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations. Defendants violated the law to the deliberate detriment and injury of John Connolly.

253.    Brickstone Search LLC – is a consulting firm. John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law. John Connolly was denied a contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act. John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights. Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations. Defendants violated the law to the deliberate detriment and injury of John Connolly.

Officers Of The Court –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

254.     L-3 Communications Corporation is an information technology products and consulting services firm that focuses in the defense and intelligence areas. L-3 also qualifies as a "data broker" with multidimensional perspectives to include reporting on data (Credit Reporting Agency) data furnisher, data user etc, with federal government contracts. John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law. John Connolly was denied gainful employment, "employment/license" contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act. John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights. Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations. Defendants violated the law to the deliberate detriment and injury of John Connolly.

255.     Science Applications International Corporation (SAIC) is a government defense contractor offering information technology products and support services. SAIC also fully qualifies as a "data broker" with multidimensional perspectives to include reporting on data (Credit Reporting Agency) data furnisher, data user etc, with federal government contracts. SAIC cannot abstain from responsibility for activities, storage, and use of data for programs they are managing on behalf of the government, and themselves. SAIC is no more entitled to violate the law than the government. John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law. John Connolly was denied a contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act. John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights. Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations. Defendants violated the law to the deliberate detriment and injury of John Connolly.

256.     Raytheon Corporation is a global leader in technology-driven solutions that provide integrated mission systems for the critical defense and non-defense needs of our customers. Raytheon's integrated businesses assure mission success with a broad range of products

257.     Raytheon Corporation is a government defense contractor offering information technology products and support services. Raytheon Corporation also fully qualifies as a "data broker" with multidimensional perspectives to include reporting on data (Credit Reporting Agency) data furnisher, data user etc, with federal government contracts. Raytheon cannot abstain from responsibility for activities, storage, and use of data for programs they are managing on behalf of the government, and themselves. Raytheon is no more entitled to violate the law than the government. John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law. John Connolly was denied a

34

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act.  John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights.  Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations. Defendants violated the law to the deliberate detriment and injury of John Connolly.

258.    Computer Sciences Corporation (CSC) leading global consulting, systems integration and outsourcing company, CSC's mission is to provide customers in industry and government with solutions crafted to meet their strategic goals and enable them to profit from the advanced use of technology.

259.    Computer Sciences Corporation is a government defense contractor offering information technology products and support services.  Computer Sciences Corporation also fully qualifies as a "data broker" with multidimensional perspectives to include reporting on data (Credit Reporting Agency) data furnisher, data user etc, with federal government contracts.  CSC cannot abstain from responsibility for activities, storage, and use of data for programs they are managing on behalf of the government, and themselves.  CSC is no more entitled to violate the law than the government.  John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law.  John Connolly was denied a contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act.  John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights.  Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations.  Defendants violated the law to the deliberate detriment and injury of John Connolly.

260.    **Defendant Bearing Point** is a large global professional services organization with approximately 17,000 employees who provide strategic consulting, applications services, technology solutions and managed services to government organizations, Global 2000 companies and medium-sized businesses in the U.S. and around the world.  Bearing Point, is a global management and technology consulting company known for their deep industry experience.   John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, and related organizations who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

261.    Bristol-Myers Squibb manufactures prescription pharmaceuticals, over-the-counter drugs and health care products in several therapeutic areas. It is also the parent company of Mead Johnson which manufactures nutritional products such as Enfamil baby formulas and infant vitamin supplements. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, and related organizations who deliberately violated his constitutional and civil rights, without cause and with intent

**Officers Of The Court** – Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

262.     Lockheed Martin is the nation's largest defense contractor. The company specializes in aeronautics, electronic systems, information & technology services, integrated systems and space systems and employees more than 140,000

263.     Lockheed Martin Corporation is a government defense contractor offering information technology products and support services.  Lockheed Martin also fully qualifies as a "data broker" with multidimensional perspectives to include reporting on data (Credit Reporting Agency) data furnisher, data user etc, with federal government contracts.  Lockheed Martin cannot abstain from responsibility for activities, storage, and use of data for programs they are managing on behalf of the government, and themselves.  Lockheed Martin is no more entitled to violate the law than the government.  John Connolly was in consideration of employment/license application and benefits in which employment/license was denied due to false, inaccurate, misleading and adverse information that was also protected information under the Privacy Act and that was also obtained in violation of law.  John Connolly was denied a contract as a result of this false and adverse information in violation of the Fair Credit Reporting Act and the Privacy Act.  John Connolly was denied due process, and the opportunity to correct, amend or challenge the information resulting in failure of required due process procedures which caused him legal wrongs, and were in violation of his constitutional and civil rights.  Said information, as incorrect and misleading as it may have been, was originally generated with federal funds and as such was protected information under federal and state Privacy Act Statutes, in addition to other laws rules and regulations.  Defendants violated the law to the deliberate detriment and injury of John Connolly.

264.     **Business Transformation Agency (BTA – DOD Support Agency)**  BTA is a Defense department support agency charged with assisting DOD agencies with assistance and guidance in the areas of change management and systems integration.

265.     **Defendant Northrop Grumman Corporation** is a global defense and technology company who's, 120,000 employees provide innovative systems, products, and solutions in information and services, electronics, aerospace and shipbuilding to government and commercial customers worldwide. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

266.     **Defendant Department of Transportation** is a cabinet level department/agency within the U.S. Government. The DOT job is to ensure a fast, safe, efficient, accessible and convenient transportation system that meets our vital national interests and enhances the quality of life of the American people, today and into the future. The Department of Transportation oversees the formulation of national transportation policy and promotes intermodal transportation. The Department of Transportation in

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

conjunction with the Oracle Corporation deliberately caused John Connolly serious harm.  In effort to minimize replication of complaint, details involving DOT have been consolidated into the Oracle Corporation, which was functioning as primary contractor.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

267.    **Defendant Federal Aviation Administration (FAA)** is a government agency within the Department of Transportation that oversees the safety of civil aviation. The safety mission of the FAA is first and foremost and includes the issuance and enforcement of regulations and standards related to the manufacture, operation, certification and maintenance of aircraft.  The **Federal Aviation Administration** in conjunction with the Oracle Corporation and deliberately caused John Connolly serious harm.  In effort to minimize replication of complaint, details involving FAA, have been consolidated into the Oracle Corporation, which was functioning as primary contractor. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

268.    **Defendant Federal Highway Administration (FHWA)** is an agency within the Department of Transportation which coordinates highway transportation programs in cooperation with states and other partners to enhance the country's safety, economic vitality, quality of life, and the environment. Major program areas include the Federal-Aid Highway Program, which provides federal financial assistance to the States to construct and improve the National Highway System, urban and rural roads, and bridges. The **Federal Highway Administration** in conjunction with the Oracle Corporation and deliberately caused John Connolly serious harm.  In effort to minimize replication of complaint, details involving FHA's illegal actions have been consolidated with the bad actions of the Oracle Corporation, which was functioning as primary contractor. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

269.    **Defendant AT&T Inc/Bell South** is the largest communications holding company in the world by revenue.  AT&T operating companies, have 2007 revenues approximating 120 billion dollars. AT&T currently ranks 10th among the 2008 Fortune 500 and 29th among the 2008 Global Fortune 500, with 307,550 employees worldwide.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

Officers Of The Court –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

270.     **Defendant BAE** Systems is a global company engaged in the development, delivery and support of advanced defense and aerospace systems in the air, on land and at sea. BAE is the 3rd largest global defense company, and the 6th largest US defense company, with 97,500 employees and sales approximating £15.7 billion.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

271.     **Defendant The Oracle Corporation** is the largest worldwide software information technology and Database services and solutions provider in the world.  Oracle had 22.4 billion in revenue for the fiscal year 2008 and had 84,000 employees.  Oracle has been a leader and innovator in the software industry for more than 30 years. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

272.     **Defendant U.S. General Services Administration** (GSA) oversees a federal agency of about 13,000 people and an annual budget of approximately $16 billion.  GSA supports federal employees wherever they work–in an office building, a warehouse, a national forest, or a government car.  GSA is a Property and Asset and Management arm of the federal government who also provides all agencies with guidelines, protocols and procedures with respect to managing acquisitions, vendors and contract vehicles and support.  GSA affects almost $66 billion in financial transactions throughout the government.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

273.     **Defendant Department of Homeland Security's overriding and urgent mission is to lead the unified national effort to secure the country and preserve our freedoms.  This Department of Homeland Security's overriding and urgent mission is to lead the unified national effort to secure the country and preserve our freedoms.  The DHS is the central agency in the fight against terrorism and the war on terror.** John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

274.     Defendant **Transportation Security Administration (TSA) is** an agency within the Department of Homeland Security. TSA employs 43,000 security officers, inspectors, directors, air marshals and

38

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

managers who protect the nation's transportation systems so we can all travel safely.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

275.     **Defendant Unisys Corporation** is a worldwide information technology services and solutions company. Their core offerings include systems integration and consulting services, outsourcing services, infrastructure services, maintenance services and high-end server technology.  Unisys revenue for the year 2007 was approximately $5,653 Billion Dollars. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

276.     **The Defendant Government Printing Office** (GPO) is the Federal Government's primary centralized resource for gathering, cataloging, producing, providing and preserving published information in all its forms.  GPO is responsible for the production and distribution of information products and services for all three branches of the Federal Government.  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

277.     **The Defendant the Federal Deposit Insurance Corporation (FDIC)** is an independent government agency created by the Congress that maintains the stability and public confidence in the nation's financial system by insuring deposits, examining and supervising financial institutions, and managing receiverships. The FDIC is a leader in developing and implementing sound public policies, identifying and addressing new and existing risks in the nation's financial system, and effectively and efficiently carrying out its insurance, supervisory, and receivership management responsibilities.  The corner stone of FDIC has always been their core values of integrity, following the highest ethical standards in the performance of their duties and responsibilities, and Fairness. The FDIC treats all employees, insured financial institutions, and other stakeholders with impartiality and mutual respect. John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm. Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.  The treatment of John Connolly and responsibility for illegal treatment of John Connolly extends to supporting/mandating initiatives of member entities of FDIC to ascribe to certain policies and procedures with respect to disclosures and dissemination of

39

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**

adverse information on individuals.  FDIC officials cannot abdicate liability in these areas to other agencies and contractors that supplied training and guidlines

278.     **Defendant Chevy Chase Bank** is the largest bank headquartered in the Washington metropolitan area. Chevy Chase Bank offers convenient access to products, services, and perhaps most importantly, people who can help with their money management, borrowing, and investment needs. Chevy Chase Bank has assets of $15.1 billion and net income for the year of $55.3 million – Chevy Chase Bank is of course a member of the Federal Deposit Insurance Corporation (FDIC).  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

279.     **Defendant Bank of America** is one of the world's largest financial institutions and the twelfth most profitable company in the world in 2007 annual revenue increased from $33 billion to $66 billion and annual profit has increased from $7.5 billion to $15 billion.  Bank of America has assets that have increased from $642 billion to $1.7 trillion.  Bank of America is of course a member of the Federal Deposit Insurance Corporation (FDIC).  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

280.     **Defendant Citigroup Inc**. (Citigroup) is a diversified global financial services holding company.  One of the largest financial services firms known to man, Citigroup (aka Citi) has some 3,000 bank branches and consumer finance offices in the US and Canada, plus more than 2,000 additional locations in about 100 other countries. The first US bank with more than $1 trillion in assets, Citigroup offers deposits and loans, investment banking, brokerage, wealth management. Citigroup is of course a member of the Federal Deposit Insurance Corporation (FDIC).  John Connolly had been the subject of investigations and secret adjudications with adverse and catastrophic consequences has a result of his "employment/license" relationship with defendant, who deliberately violated his constitutional and civil rights, without cause and with intent to harm.  Regardless of John Connolly's relationship with defendant as employee, contractor, sub-contractor, job applicant or even a volunteer, defendant had no right to harm John Connolly, without cause, in the manor it did, deliberately, and in violation of law.

281.     **DHS Department of Homeland Security** is a department within the Federal Government.  DHS implements and supports hundreds of initiatives and programs to achieve these objectives.  In specific and successful efforts to dry up the funding that supports terrorists in the United States, DHS has raised the bar exponentially in developing programs that deny all bad people and/or people of ill refute, funds by prohibiting them from obtaining and/or maintaining gainful employment or receiving any government benefits.  The programs also apply to individuals who are associated with or who are related to bad people and/or people of ill refute.  These programs have been expanded to include not only prohibitions on gainful employment but to also include prohibitions against public subsidized housing

**Officers Of The Court** –Attorneys, representing government agencies are functioning from Offices of General Counsel and Inspector Generals in using their "privileged positions" and perceived immunities from law to work in collusion with attorneys representing public and private corporations for the purpose of committing serious and illegal constitutional and civil rights violations, and protecting associated programs, funding and supporting business processes and system infrastructures of same.
**Plaintiff Prays the Court Provide All Aid & Assistance Possible**