UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CONNOLLY, :
:
     Plaintiff, :
:
  v. : Civil Action No. 08-1927 (JR)
:
UNITED STATES OF AMERICA, *et* :
*al*., :
:
     Defendants. :

**ORDER**

FILED
NOV 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

     Upon a review of the 318-page complaint in this case, in which a pro se plaintiff has named 221 defendants -- government agencies and officials as well as corporations and corporate officials -- it is by the Court sua sponte **ORDERED**

- that the complaint is **dismissed**. Its assertion of a gigantic conspiracy to conduct "secret adjudications" as to him is delusional and fantastical. It is about 300 pages longer than the "short and plain statement of the claim" that is required by Fed.R.Civ.P. 8(a)(2). It is frivolous on its face.

- that plaintiff immediately cease and desist from any effort or program to serve any of the summonses issued to him, and that, if any person or entity named in the complaint has already been

- served, that person or entity is not required to respond.
- that plaintiff's motion for a CM/ECF password and motion to use the name John Doe instead of his real name on public documents -- motions that have been lodged with the Clerk but not yet filed -- will not be filed and will be returned to sender.
- that the dismissal of plaintiff's delusional, fantastical, harassing, abusive and frivolous complaint is without prejudice to the filing of a proper complaint -- one that sets forth a short and plain statement of the grounds for this Court's jurisdiction, a short and plain statement of plaintiff's claim showing that he is entitled to relief, and a demand for the relief sought. See Fed.R.Civ.P. 8(a).
- that, however, plaintiff is strongly cautioned to review the provisions of Fed.R.Civ.P. 11, which contemplates and authorizes the imposition of sanctions, including monetary sanctions, for the

filing of harassing, frivolous, or factually unsupported claims.

```
                        _____
                                JAMES ROBERTSON
                         United States District Judge
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CONNOLLY,

      Plaintiff,

  v.                                Civil Action No. 08-1927 (JR)

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

**ORDER**

FILED
NOV 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon a review of the 318-page complaint in this case, in which a pro se plaintiff has named 221 defendants -- government agencies and officials as well as corporations and corporate officials -- it is by the Court <u>sua sponte</u> **ORDERED**

- that the complaint is **dismissed**. Its assertion of a gigantic conspiracy to conduct "secret adjudications" as to him is delusional and fantastical. It is about 300 pages longer than the "short and plain statement of the claim" that is required by Fed.R.Civ.P. 8(a)(2). It is frivolous on its face.

- that plaintiff immediately cease and desist from any effort or program to serve any of the summonses issued to him, and that, if any person or entity named in the complaint has already been

    served, that person or entity is not required to respond.

- that plaintiff's motion for a CM/ECF password and motion to use the name John Doe instead of his real name on public documents -- motions that have been lodged with the Clerk but not yet filed -- will not be filed and will be returned to sender.
- that the dismissal of plaintiff's delusional, fantastical, harassing, abusive and frivolous complaint is without prejudice to the filing of a proper complaint -- one that sets forth a short and plain statement of the grounds for this Court's jurisdiction, a short and plain statement of plaintiff's claim showing that he is entitled to relief, and a demand for the relief sought. See Fed.R.Civ.P. 8(a).
- that, however, plaintiff is strongly cautioned to review the provisions of Fed.R.Civ.P. 11, which contemplates and authorizes the imposition of sanctions, including monetary sanctions, for the

filing of harassing, frivilous, or factually unsupported claims.

/s/ James Robertson

JAMES ROBERTSON
United States District Judge